UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | )    CRIMINAL NO. 2:20-CR-77-DBH <br> ) |
| MUKONKOLE HUGE KIFWA, | ) <br> ) |
| DEFENDANT | ) |

## ORDER ON DEFENDANT'S MOTION TO SEAL COOPERATION LANGUAGE IN TRANSCRIPT

The motion is **GRANTED IN PART** and **DENIED IN PART**.

The motion is **GRANTED**:

1. As to the Presentence Conference transcript page 10, lines 23-24, redacting the phrase "with the Landon-Class."

2. As to the Sentencing Hearing transcript page 11 line 15, redacting the phrase "including federal law enforcement."

The motion is **DENIED**:

1. As to the Sentencing Hearing transcript page 27, lines 5-6, the clause "the arguments that have been made under Landron-Class."

2. As to the Sentencing Hearing transcript page 27, line 21, the phrase "of Landron-Class."

The reason for the different treatment is, as I have said repeatedly in other cases and writings, I will consider redacting counsel's remarks where sufficient grounds are advanced. But I am unwilling to redact the explanation I give for a

sentence I impose because, although the parties may agree on redaction, the public has a right to know the reasons for a judicial sentence. I choose my remarks carefully to avoid unnecessary statements that may invite recrimination from other prisoners, but there is an unavoidable minimum necessary to justify the sentence.

**SO ORDERED.**

**DATED THIS 13TH DAY OF SEPTEMBER, 2021**

/s/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**